B1 (Official Form 1)(04/13)

| United States Bankruptcy Court<br>District of Maryland | Voluntary Petition |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Gourmet Express, LLC** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN<br>(if more than one, state all)<br>**74-2859244** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all) |
| Street Address of Debtor (No. and Street, City, and State):<br>**600 Greene Street**<br>**Greenville, KY**<br>ZIP Code **42345** | Street Address of Joint Debtor (No. and Street, City, and State):<br>ZIP Code |
| County of Residence or of the Principal Place of Business:<br>**Muhlenberg** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>ZIP Code | Mailing Address of Joint Debtor (if different from street address):<br>ZIP Code |
| Location of Principal Assets of Business Debtor<br>(if different from street address above): | |

**Type of Debtor**
(Form of Organization) (Check one box)
- ☐ Individual (includes Joint Debtors)
  *See Exhibit D on page 2 of this form.*
- ■ Corporation (includes LLC and LLP)
- ☐ Partnership
- ☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Chapter 15 Debtors**
Country of debtor's center of main interests:

Each country in which a foreign proceeding by, regarding, or against debtor is pending:

**Nature of Business**
(Check one box)
- ☐ Health Care Business
- ☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)
- ☐ Railroad
- ☐ Stockbroker
- ☐ Commodity Broker
- ☐ Clearing Bank
- ■ Other

**Tax-Exempt Entity**
(Check box, if applicable)
- ☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box)
- ☐ Chapter 7
- ☐ Chapter 9
- ■ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13
- ☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- ☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Nature of Debts**
(Check one box)
- ☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- ■ Debts are primarily business debts.

**Filing Fee** (Check one box)
- ■ Full Filing Fee attached
- ☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- ☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**
Check one box:
- ☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
- ■ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:
- ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,490,925 *(amount subject to adjustment on 4/01/16 and every three years thereafter).*

Check all applicable boxes:
- ☐ A plan is being filed with this petition.
- ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**
- ☐ Debtor estimates that funds will be available for distribution to unsecured creditors.
- ■ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

Estimated Number of Creditors

| ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|
| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | OVER 100,000 |

Estimated Assets

| ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

Estimated Liabilities

| ☐ | ☐ | ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

| **Voluntary Petition**<br><br>*(This page must be completed and filed in every case)* | Name of Debtor(s):<br>**Gourmet Express, LLC** |
|---|---|

| **All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet) | | |
|---|---|---|
| Location<br>Where Filed:  **Western District of Texas** | Case Number:<br>**07-52143** | Date Filed:<br>**8/22/07** |
| Location<br>Where Filed: | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet) | | |
|---|---|---|
| Name of Debtor:<br>**See Attachment** | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

| **Exhibit A**<br><br>(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)<br><br>☐ Exhibit A is attached and made a part of this petition. | **Exhibit B**<br>(To be completed if debtor is an individual whose debts are primarily consumer debts.)<br><br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b).<br><br>X _____<br>   Signature of Attorney for Debtor(s)              (Date) |
|---|---|

| **Exhibit C** |
|---|
| Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety? |
| ☐ Yes, and Exhibit C is attached and made a part of this petition. |
| ■ No. |

| **Exhibit D** |
|---|
| (To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.) |
| ☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition. |
| If this is a joint petition: |
| ☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition. |

| **Information Regarding the Debtor - Venue**<br>(Check any applicable box) |
|---|
| ☐ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District. |
| ■ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District. |
| ☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District. |

| **Certification by a Debtor Who Resides as a Tenant of Residential Property**<br>(Check all applicable boxes) |
|---|
| ☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)<br><br>_____<br>(Name of landlord that obtained judgment)<br><br><br>_____<br>(Address of landlord) |
| ☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and |
| ☐ Debtor has included with this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition. |
| ☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)). |

# Voluntary Petition

*(This page must be completed and filed in every case)*

**Name of Debtor(s):**

**Gourmet Express, LLC**

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Debtor

X _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

_____
Date

### Signature of Attorney*

X **/s/ Dennis J. Shaffer**
Signature of Attorney for Debtor(s)

**Dennis J. Shaffer 25680**
Printed Name of Attorney for Debtor(s)

**Whiteford, Taylor & Preston, LLP**
Firm Name

**7 Saint Paul Street**
**Suite 1800**
**Baltimore, MD 21202-1626**

Address

**410-347-8700  Fax: 410-752-7092**
Telephone Number

**March 16, 2015**
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X **/s/ Lester L. Good**
Signature of Authorized Individual

**Lester L. Good**
Printed Name of Authorized Individual

**Acting CFO**
Title of Authorized Individual

**March 16, 2015**
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankruptcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

X _____

_____
Date

Signature of bankruptcy petition preparer or officer, principal, responsible person,or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. §110; 18 U.S.C. §156.*

In re      **Gourmet Express, LLC**                                    ,      Case No. _____
                                          Debtor

# FORM 1. VOLUNTARY PETITION
## <u>Pending Bankruptcy Cases Filed Attachment</u>

| <u>Name of Debtor / District</u> | <u>Case No. / Relationship</u> | <u>Date Filed / Judge</u> |
|---|---|---|
| **Gourmet Express Acquisition Fund, LLC**<br>**Maryland** | **15-13670** | **03/16/16** |
| **Gourmet Holdings, LLC**<br>**Maryland** | **15-13673** | **03/16/15** |

B4 (Official Form 4) (12/07)

# United States Bankruptcy Court
## District of Maryland

In re   **Gourmet Express, LLC**

                              Debtor(s)

Case No. _____

Chapter   **11**

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

      Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [*or* chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian."  Do not disclose the child's name.  See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1)<br><br>*Name of creditor and complete mailing address including zip code* | (2)<br><br>*Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3)<br><br>*Nature of claim (trade debt, bank loan, government contract, etc.)* | (4)<br><br>*Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | (5)<br><br>*Amount of claim [if secured, also state value of security]* |
|---|---|---|---|---|
| **Allen Lund Company, Inc.**<br>**PO Box 51083**<br>**Los Angeles, CA 90051-5383** | **Allen Lund Company, Inc.**<br>**PO Box 51083**<br>**Los Angeles, CA 90051-5383** | | | **160,383.00** |
| **ASM,LLC dba Advantage Longhorn**<br>**PO Box 31001-1764**<br>**Pasadena, CA 91110-1764** | **ASM,LLC dba Advantage Longhorn**<br>**PO Box 31001-1764**<br>**Pasadena, CA 91110-1764** | | | **213,622.95** |
| **Brecon Foods**<br>**189 Hymus Blvd.**<br>**Suite 406**<br>**Pointe Claire, Que, CN H9R 1E9** | **Brecon Foods**<br>**189 Hymus Blvd.**<br>**Suite 406**<br>**Pointe Claire, Que, CN H9R 1E9** | | | **156,466.43** |
| **C.H. Robinson, Inc.**<br>**PO Box 9121**<br>**Minneapolis, MN 55480-9121** | **C.H. Robinson, Inc.**<br>**PO Box 9121**<br>**Minneapolis, MN 55480-9121** | | | **234,302.45** |
| **First Industrial Investment II, LLC**<br>**1661 Feehanville Dr, Suite 400**<br>**Mt. Prospect, IL 60056** | **Timothy L. Edelen, Esq**<br>**Bell Orr Ayers & Moore PSC**<br>**1010 College Street**<br>**PO Box 738**<br>**Bowling Green, KY 42102-0738** | **Rent** | | **791,845.59** |
| **General Mills**<br>**PO Box CH10041**<br>**Paletine, IL 60055-0041** | **General Mills**<br>**PO Box CH10041**<br>**Paletine, IL 60055-0041** | | | **235,337.30** |
| **Genesis Merchant Partners**<br>**15 Valley Drive**<br>**Greenwich, CT 06831** | **Genesis Merchant Partners**<br>**c/o Genesis Merchant Partners I & II**<br>**15 Valley Drive**<br>**Greenwich, CT 06831** | **Loan** | | **2,580,388.89** |
| **Groupwell International (HK) Limited**<br>**c/o Nataporn Phaengbotdee**<br>**3/142 Anantara Baan**<br>**Rajrasong Prathumwam**<br>**3 Soi Mahardleklg 3**<br>**Rajdamri Rd Lumpinee**<br>**Bangkok10330Thailand** | **R. Michael Sullivan, Esq.**<br>**Sullivan Mountjoy Stainback & Miller PSC**<br>**100 St. Ann Street**<br>**PO Box 727**<br>**Owensboro, KY 42302-0727** | **Judgment** | | **5,548,992.00** |

B4 (Official Form 4) (12/07) - Cont.

In re   **Gourmet Express, LLC**                               Case No. _____

                              Debtor(s)

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
## (Continuation Sheet)

| (1) | (2) | (3) | (4) | (5) |
|---|---|---|---|---|
| *Name of creditor and complete mailing address including zip code* | *Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | *Nature of claim (trade debt, bank loan, government contract, etc.)* | *Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | *Amount of claim [if secured, also state value of security]* |
| **Hanover Foods Corporation PO Box 644037 Pittsburg, PA 15264-4037** | **Hanover Foods Corporation PO Box 644037 Pittsburg, PA 15264-4037** | **Goods** | | **446,496.61** |
| **Hawk Investment Fund** | **Hawk Investment Fund** | **Goods** | | **220,443.73** |
| **Ilex Capital Group, LLC (now Foster Mathews) 323 W. Camden Street, Suite 700 Baltimore, MD 21201** | **Celeste M. Brecht, Esq. Venable LLP 2049 Century Park East, Suite 2100 Los Angeles, CA 90067** | | | **531,845.88** |
| **Kevin Scully c/o William H. Oliver, Esq. Pipkin & Oliver, Esq. 1020 N.E. Loop 410, Suite 810 San Antonio, TX 78209** | **William H. Oliver, Esq. Pipkin & Oliver, LLP 1020 N.E. Loop 410, Suite 810 San Antonio, TX 78209** | | | **395,120.97** |
| **Keysource Foods, LLC 2263 West 190th Street Torrance, CA 90504** | **Keysource Foods, LLC 2263 West 190th Street Torrance, CA 90504** | | | **321,750.00** |
| **Legend International 1840 Arrow Highway La Verne, CA 91750** | **Legend International 1840 Arrow Highway La Verne, CA 91750** | | | **345,462.47** |
| **Mass Marketing, Services 7851 Mission Center Ct Ste. 115 San Diego, CA 92108** | **Don Eric Salem, Esq. 110 West C Street, Suite 1300 San Diego, CA 92101** | | | **242,480.44** |
| **Robert Scully c/o William H. Oliver, Esq. Pipkin & Oliver, LLP 1020 N.E. Loop 410, Suite 810 San Antonio, TX 78209** | **William H. Oliver, Esq. Pipkin & Oliver, LLP 1020 N.E. Loop 410, Suite 810 San Antonio, TX 78209** | | | **790,224.31** |
| **Sojitz Corporation of America 1211 SW 5th Ave Suite 2200 Portland, OR 97204** | **Sojitz Corporation of America 1211 SW 5th Ave Suite 2200 Portland, OR 97204** | | | **154,000.00** |
| **St Peter Port Capital Martello Court Admiral Park St Peter Port Guernsey   GY13HB UK** | **St Peter Port Capital Martello Court Admiral Park Guernsey   GY13HB UK** | **Goods** | | **1,318,199.55** |
| **USC Consulting Group 3000 Bayport Drive, Suite 1010 Tampa, FL 33607** | **USC Consulting Group 3000 Bayport Drive, Suite 1010 Tampa, FL 33607** | | | **728,232.34** |

**B4 (Official Form 4) (12/07) - Cont.**

In re  **Gourmet Express, LLC**                                    Case No. _____
_____
                    Debtor(s)

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
### (Continuation Sheet)

| (1)<br><br>*Name of creditor and complete mailing address including zip code* | (2)<br><br>*Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3)<br><br>*Nature of claim (trade debt, bank loan, government contract, etc.)* | (4)<br><br>*Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | (5)<br><br>*Amount of claim [if secured, also state value of security]* |
|---|---|---|---|---|
| **Wynston Hill Opportunity Fund**<br>**(now BS Freeman)** | **Wynston Hill Opportunity Fund**<br>**(now BS Freeman)** | **Goods** | | **552,271.50** |

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

       I, the Acting CFO of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date  **March 16, 2015**_____          Signature  **/s/ Lester L. Good**_____
                                                                              **Lester L. Good**
                                                                              **Acting CFO**

*Penalty for making a false statement or concealing property*:  Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

# United States Bankruptcy Court
## District of Maryland

In re    **Gourmet Express, LLC**                        ,      Case No. _____

                                    Debtor

Chapter                    **11** _____

# LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with Rule 1007(a)(3) for filing in this chapter 11 case.

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **Gourmet Express Acquisition Fund LLC**<br>**7 Saint Paul Street, Suite 1900**<br>**Baltimore, MD 21202-1626** | | **100%** | |

# DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

     I, the Acting CFO of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date    **March 16, 2015** _____         Signature   **/s/ Lester L. Good** _____

                                                      **Lester L. Good**

                                                       **Acting CFO**

*Penalty for making a false statement or concealing property*:  Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C §§  152 and 3571.

   **0** ___ continuation sheets attached to List of Equity Security Holders

# United States Bankruptcy Court
## District of Maryland

In re   **Gourmet Express, LLC**

Debtor(s)

Case No.

Chapter   **11**

# VERIFICATION OF CREDITOR MATRIX

I, the Acting CFO of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:   **March 16, 2015**

**/s/ Lester L. Good**

**Lester L. Good**/**Acting CFO**
Signer/Title

A&E Pak, Inc.
PO Box 872
Rock Falls, IL 61071


Ace Supply Company, Inc.
423 Hopkinsville St
Greenville, KY 42345


ACNielsen
PO Box 88956
Chicago, IL 60695-8956


Acosta (The Vaughn Group)
PO Box 281996
Atlanta, GA 30384-1996


ACS
Mike Scaglione
244-23 73rd Ave
Douglaston, NY 11362


Airgas Mid America
PO Box 532609
Atlanta, GA 30353


AJC Logistics
PO Box 536467
Pittsburgh, PA 15253-5906


Albertson's LLC
PO Box 956526
ST. Louis, MO 63195-6526


Allan,Nava&Glander PLLC
825 W. Bitters Rd.
Ste. 102
San Antonio, TX 78216

Allen Lund Company, Inc.
PO Box 51083
Los Angeles, CA 90051-5383


Alpha Marketing I Corp
244-23 73rd Ave.
Douglaston, NY 11362


American Scale Corp
3540 Bashford Ave.
Louisville, KY 40218


Americold
PO Box 78459
Milwaukee, WI 53278-0528


Anthem BCBS KY Group
PO Box 105124
Atlanta, GA 30348-5124


Aramark
AUS South LBX
PO Box 904035
Charlotte, NC 28290-4035


ASM,LLC dba Advantage Longhorn
PO Box 31001-1764
Pasadena, CA 91110-1764


Assorted Business Services
77 Ravenswood Court
Oakley, CA 94561-3062


Astrachan Gunst Thomas Rubin
217 East Redwood St.
21st Floor
Baltimore, MD 21202

AT&T
19
PO Box 5019
Carol Stream, IL 60197-5019


AT&T
PO Box 105262
Atlanta, GA 30348-5262


AT&T Mobility
PO Box 5001
Carol Stream, IL 60197-5001


Atmos Energy
PO Box 790311
St. Louis, MO 63179-0311


B & C Sales
PO Box 292
Buffalo, NY 14220


B.E.M.
PO Box 8877
Red Bank, NJ 07701


Barnstable Trading Co., Inc.
7 Fox Run
East Sandwich, MA 02537


Barret-Fisher Co., Inc
PO Box 742
Owensboro, KY 42302


Bella Nico
517 Maple Lane
Suite 100
Darien, IL 60561

Benefit Marketing Solutions
PO Box 43653
Louisville, KY 40253-0653


Berry Plastics Corporation
2199 Momentum Place
Chicago, IL 60689-5321


Big Y Supermarkets
PO Box 3050
Springfield, MA 01102-3050


Bonduelle Canada Inc.
62780 Collection Center Drive
Chicago, IL 60693-0627


Bosch Packaging Services Inc.
36809 Treasury Center
Chicago, IL 60694-6800


Brecon Foods
189 Hymus Blvd.
Suite 406
Pointe Claire, Que, CN H9R 1E9


Broms Brokerage Company
Attn: Darcie Kimbro
525 Tower Drive
Moore, OK 73160


Brookshire Brothers
PO Box 2058
Lufkin, TX 75902-2058


C.H. Robinson, Inc.
PO Box 9121
Minneapolis, MN 55480-9121

Cari Smith
260 Esor Circle
Greenville, KY 42345


Carm Wood
79 Van Ness Ave.
Mechanicville, NY 12118


Cavalry Logistics
PO Box 713315
Cincinnati, OH 45271-3315


CCOF Certification Services
2155 Delaware Ave STE150
Santa Cruz, CA 95060


Celeste M. Brecht, Esq.
Venable LLP
2049 Century Park East, Suite 2100
Los Angeles, CA 90067


Charles B. Gorham, LLP
1027 Austin Highway
Suite 150
San Antonio, TX 78209


CHEP USA
15226 Collections Center Drive
Chicago, Il 60693


Cintas Corp
PO Box 740855
Cincinnati, OH 45274-0855


Cintas LOC 314
PO Box 630921
Cincinnati, OH 45263

City Clerk
PO Box 289
Greenville, KY 42345


Coal Miners Respiratory Clinic
Attn:  Accts Rec Dept
440 Hopkinsville Street
Greenville, KY 42345


Coldstream Logistics
6548 Brecksville Rd.
Independence, OH 44131


Commercial Printing INC.
119 S. Main St.
Greenville, KY 42345


Concept Sales
10411 Corporate Drive
Suite 110
Pleasant Prairie, WI 53158


Consolidated Merchandisers
3840 Beatty Court
Murrysville, PA 15668


Consolidated Paper Group
325 Emmett Drive
PO Box 51866
Bowling Green, KY 42102


Curtis McGehee
Muhlenberg County Sheriff
PO Box 227
Greenville, KY 42345

Dave's Marketplace
1000 Division St.
Suite 20
East Greenwich, RI 02818


Daymon Design
PO Box 10382
Uniondale, NY 11555


Daymon Worldwide Inc.
PO Box 3801
Carol Stream, IL 60132-3801


DDL & Associates
33 Lone Oak Ct.
Bloomington, IL 61705


DeJarnett Sales Inc.
45 82nd Drive, Suite 49
Gladstone, OR 97027


DKDaniels LLC
PO Box 60909
Harrisburg, PA 17106-0909


Don Ellis & Associates
497 N. Owen St.
Alexandria, VA 22304


Don Eric Salem, Esq.
110 West C. Street, Suite 1300
San Diego, CA 92101


Dongsheng Foods USA
355 West Olive Ave
Suite 206
Sunnyvale, CA 94086

Dreyer Marketing
PO Box 7702
Des Moines, IA 50323


Dreyer Marketing, Inc
3160 SE Grimes Blvd
Ste 100
Grimes, IA 50111-5039


Eckert Cold Storage
905 Clough Rd
Escalon, CA 95320


Ed Miniat, LLC.
16250 S. Vincennes Ave
South Holland, IL 60473


EEMSCO
600 W. Eichel Ave.
PO Box 4717
Evansville, IN 47724


Efficient Marketing Solutions
84 Wildcat Way
Clayton, CA 94517


EnerSys
PO Box 601164
Charlotte, NC 28260-1164


Equator Design Inc.
515 N River St.
Ste 200
Batavia, IL 60510


Family Dollar
PO Box 742706
Atlanta, GA 30374-2706

Federated Group, Inc
3025 W. Salt Creek Lane
Arlington Heights, IL 60005


FFE Transportation Services
PO Box 847576
Dallas, TX 75284-7576


First  Industrial Investment II, LLC
1661 Feehanville Dr, Suite 400
Mt. Prospect, IL 60056


Food Lion LLC
PO Box 198135
Atlanta, GA 30384-8135


G & G Marketing
210 E Center Street
North Salt Lake, UT 84054


Galileo Global Branding Gorup
PO Box 10382
Uniondale, NY 11555-0382


Gamay Foods
2770 South 171st Street
New Burlin, WI 53151


Gareth Derbyshire


Gaylan Spurlin, Muhlenberg
County Clerk
PO Box 525
Greenville, KY 42345

General Mills
PO Box CH10041
Paletine, IL 60055-0041


Genesis Merchant Partners
15 Valley Drive
Greenwich, CT 06831


Genesis Merchant Partners I
15 Valley Drive
Greenwich, CT 06831


Genesis Merchant Partners I & II
15 Valley Drive
Greenwich, CT 06831


Genesis Merchant Partners II
15 Valley Drive
Greenwich, CT 06831


Geo. H Young & Co. Ltd.
809 - 167 Lombard Ave
Winnipeg, Manitoba, CN R3B 3H8


Global Performance Group
PO Box 1710
Clinton, AR 72031


Global Performance Group
PO Box 1238
Cordova, TN 38088


Googe Brothers, Inc.
PO Box 7469
Tifton, GA 31793

Gordon Englebert LLP
121 W. Second Street
PO Box 1539
Owensboro, KY 42302


Grainger
Dept. 864848015
Palatine, IL 60038-0001


Grandizio,Wilkins,Little
Matthews, LLP
8370 Veterans Hwy, Ste 104
Millersville, MD 21108


Grasso Foods Inc.
PO Box 127
Woolwich Township, NJ 08085


Groupwell International (HK) Limited
c/o Nataporn Phaengbotdee
3/142 Anantara Baan Rajrasong Prathumwam
3 Soi Mahardleklg 3 Rajdamri Rd Lumpinee
Bangkok10330Thailand


Hannan Supply Co.
1565 N. 8th Street
Paducah, KY 42001


Hanover Foods Corporation
PO Box 644037
Pittsburgh, PA 15264-4037


Harps General Office
PO Box 48
918 S. Gutensohn Rd
Springdale, AR 72765

Hartford Steam Boiler
21045 Network Place
Chicago, IL 60673


Harvest Food Group, Inc
Dept 20-5035
PO Box 5988
Carol Stream, IL 60197-5988


Hawk Investment Fund


Ian Bower


Ignite Restauraunt Group
9900 Westpark Drive
Suite 300
Houston, TX 77063


Ilex Capital Group, LLC
(now Foster Mathews)
323 W. Camden Street, Suite 700
Baltimore, MD 21201


International Institute of
Ammonia Refrigeration
1001 N Fairview Ste 503
Alexandria, VA 22314-1797


John Foley


JSL Foods, Inc.
3550 Pasadena Avenue
Los Angeles, CA 90031

Kapstone Container Corp.
PO Box 840890
Dallas, TX 75284-0890


Karen Spence
61 Monterey Vista Drive
Watsonville, CA 95076


Kerry Ingredients and Flavours
Box 409141
Atlanta, GA 30384-9141


Kevin Scully
c/o William H. Oliver, Esq.
Pipkin & Oliver, Esq.
1020 N.E. Loop 410, Suite 810
San Antonio, TX 78209


Keysource Foods, LLC
2263 West 190th Street
Torrance, CA 90504


King Kullen
224-23 73rd Ave
Douglaston, NY 11362


Kmart
3333 Beverly Rd
Hoffman Estates, IL 60179


Kraft CPAs PLLC
555 Great Circle Rd.
Nashville, TN 37228


KU
PO Box 9001954
Louisville, KY 40290-1954

Kywa International Group LLC
5335 Meadows Rd
Suite 370
Lake Oswego, OR 97035


La Hacienda Frozen Foods Inc.
PO Box 25732
Rochester, NY 14625-0732


Legend International
1840 Arrow Highway
La Verne, CA 91750


Longhorn Food Brokers
PO Box 31001-1764
Pasadena, CA 91110-1764


Luke Browning
PO Box 334
Beechmont, KY 42323


M.H. Equipment Company
#774469
4469 Solutions Center
Chicago, IL 60677-4004


Malone Lumber Company
204 Depot Street
Greenville, KY 42345


Markem
PO Box 3542
Boston, MA 02241


Marketing Management Inc.
4717 Fletcher Ave
Fort Worth, TX 76107

Marsh Micro Systems
1084 Duncan Ave.
Chattanooga, TN 37404


Mass Marketing, Services
7851 Mission Center Ct
Ste. 115
San Diego, CA 92108


Matrix Packaging Machinery LLC
PO Box 932182
Cleveland, OH 44193


McCoy Laboratories, Inc.
PO Box 907
Madisonville, KY 42431


McGladrey & Pullen, LLP
5155 Paysphere Circle
Chicago, IL 60674


McMaster-Carr
PO Box 7690
Chicago, IL 60680-7690


Melons West, Inc
110 Terrace Drive
Olyphant, PA 18447


MGM Sales & Marketing
PO Box 252
Pipersville, PA 18947


Michigan Freeze Pack
835 S. Griswold
Hart, MI 49420

Microbac Laboratories, Inc.
Attn:  Locator EA
PO Box 644733
Pittsburgh, PA 15264-4733


Mid America Freight Handlers
900 S. Hwy Drive
Suite 202
Fenton, MO 63026


Mid South Sales & Service, Inc
3433 Hwy 190 # 328
Mandeville, LA 70471


Mobile Communications Service
926 Shive Lane
Bowling Green, KY 42103


Monty Moore
Not Listed
Not Listed


Motion Industries
PO Box 98412
Chicago, IL 60693


Mountjoy Chilton Medley LLP
462 South Fourth Street
Ste. 2600
Louisville, KY 40202


Nasser Co., Inc.
22720 Savi Ranch Pkwy
Yorba Linda, CA 92887


Nelson Company of Kentucky
PO Box 872
Lewisburg, KY 42256

Nichols Marketing
5714 87th Street
Lubbock, TX 79424


NMHG Financial Services
PO Box 643749
Pittsburgh, PA 15264-3749


Nordson Corporation
PO Box 802586
Chicago, IL 60680-2586


Norpac Foods, Inc
PO Box 201257
Dallas, TX 75320-1257


NSF International
Dept Lockbox # 771380
PO Box 77000
Detroit, MI 48277-1380


One Network Enterprises
4055 Valley View Lane
Suite 1000
Dallas, TX 75244-5069


Partner's Produce, Inc.
PO Box 196
2150 N.E. 21st Ave.
Payette, ID 83661


Pearson Packaging
8120 W. Sunset Hwy
Spokane, WA 99224-9048


Pepper Source, Ltd.
PO Box 8056
Metairie, LA 70011-8056

Philadelphia Macaroni Company
760 South 11th Street
Philadelphia, PA 19147


Pioneer Sales & Marketing
1258 Greenside Drive
Concord, NC 28027


Pitney Bowes Global Financial
PO Box 371887
Pittsburgh, PA 15250-7887


Pitney Bowes Purchase Power
PO Box 371874
Pittsburgh, PA 15250-7887


PolyCello
12 Tupper Blvd
Amherst, Nova Scotia, CN B4H 4S7


Porter,Rogers,Dahlman&Gordon
745 E. Mulberry Ave
Suite 600
San Antonio, TX 78212


Premier Concepts, LLC
PO Box 1278
Bentonville, AR 72712


Premier Fire Protection Inc.
PO Box 1037
Paducah, KY 42002-1037


Premier Sales & Marketing
12104 Washington Hwy
Ashland, VA 23005

Pyramid Food Brokers, Inc.
PO Box 17006
Memphis, TN 38187-0006


R. Michael Sullivan, Esq.
Sullivan Mountjoy Stainback Miller, PSC
100 St. Ann Street
PO Box 727
Owensboro, KY 42302-0727


Ram, Inc.
2090 Columbiana Rd
Suite 2600
Birmingham, AL 35216


RBM Conveyor Systems INC
1570 West Mission Blvd
Pomona, CA 91766


Reed Smith LLP
PO Box 10096
Uniondale, NY 11555


Republic Services #757
PO Box 9001099
Louisville, KY 40290


Ricoh USA, INC.
PO Box 802815
Chicago, IL 60680-2815


Robert Scully
c/o William H. Oliver, Esq.
Pipkin & Oliver, LLP
1020 N.E. Loop 410, Suite 810
San Antonio, TX 78209

Rochester Midland Corp.
PO Box 64462
Rochester, NY 14624


RockTenn CP, LLC
PO Box 409813
Atlanta, GA 30384-9813


Rosso Lampone Group, LLC
DBA Werkshop Marketing
838 Hunters Run Ave.
Bowling Green, KY 42104


Royal Brass, Inc.
PO Box 51468
Knoxville, TN 37950


Sales Affiliates
PO Box 34113
5836 Stage Rd.
Bartlett, TN 38134


Salix
5712 Carthage Ave.
Cincinnati, OH 45212


Sargento Foods Inc.
4769 Paysphere Circle
Chicago, IL 60674


Scale Free Systems Inc.
325 Sun Valley Circle
Fenton, MO 63026


Scherzer & Assoc., Inc.
8801 Ballentine
Ste 100
Overland Park, KS 66214

Seaway Marketplace Ad Group
Ad Group
PO Box 252256
W. Bloomfield, MI 48325


Seneca Foods
PO Box 99930
Chicago, IL 60696


Shopper Events LLC
File 749239
Los Angeles, CA 90074-9239


Siena Lending Group LLC
1177 Summer Street
Stamford, CT 06905


Sitemason, Inc.
PO Box 331931
Nashville, TN 37203


Sojitz Corporation of America
1211 SW 5th Ave
Suite 2200
Portland, OR 97204


Spring Mountain Water Co.
112 Poole Mill Rd
Sebree, KY 42455


Sprint
PO Box 219530
Kansas City, MO 64121-9530


St Peter Port Capital
Martello Court
Admiral Park
St Peter Port
Guernsey   GY13HB UK

Star Rebuilders, LLC
PO Box 581
Madisonville, KY 42431


Steritech Group Inc.
PO Box 472127
Charlotte, NC 28247-2127


Stites & Harbison PLLC
250 West Main St.
2300 Lexington Financial
Lexington, KY 40507-1758


Super Store Industries
PO Box 549
Lathrop, CA 95330


Teinnovations, INC.
30 W. 100 Butterfield Rd
Warrenville, IL 60555


Thompson Food Services
325 Forest Crest Dr
Commerce Township, MI 48324


Timothy L. Edelen, Esq.
Bell Orr Ayers & Moore PSC
1010 College Street
PO Box 738
Bowling Green, KY 42102-0738


Tom Casper
Casper Brokerage
5706 N Seminole Ave
Tampa, FL 33604

Total Quality Logistics, LLC
Attn: Chris Brown
4289 Ivypoint Blvd.
Cincinnati, OH 45245


Tri State Transportation
3445 West State Rd 229
Batesville, IN 47006


Tumbleweed Inc.
2301 River Rd Ste. 200
Louisville, KY 40206


United State Cold Storage, Inc
PO Box 934893
Atlanta, GA 31193-4893


University of Nebraska
205 Filley Hall
Lincoln, NE 68583-0956


University of Nebraska Lincoln
205 Filley Hall
Lincoln, NE 68583-0956


USC Consulting Group
3000 Bayport Drive, Suite 1010
Tampa, FL 33607


USDA Food Safety & Inspection
PO Box 979001
St. Louis, MO 63197-9000


Utilities Commission
PO Box 283
Greenville, KY 42345

Venable LLP
PO Box 62727
Baltimore, MD 21264-2727


Verisight, INC.
2001 N. Main St. Ste 500
Walnut Creek, CA 94596


Verizon Wireless
PO Box 660072
Dallas, TX 75266-0072


Videojet Technologies Inc.
12113 Collection Center
Chicago, IL 60693


William H. Oliver, Esq.
Pipkin & Oliver, LLP
1020 N.E. Loop 410, Suite 810
San Antonio, TX 78209


Wirth Trucking
1414 9th Street
Monroe, WI 53566


Wynston Hill Opportunity Fund
(now BS Freeman)


Xerox Corporation
PO Box 650361
Dallas, TX 75265-0361


Yamato Corporation
6306 W. Eastwood Ct.
Mequon, WI 53092

# United States Bankruptcy Court
## District of Maryland

In re   **Gourmet Express, LLC**

Debtor(s)

Case No.

Chapter   **11**

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for   **Gourmet Express, LLC**   in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

**Gourmet Express Acquisition Fund LLC**
**7 Saint Paul Street, Suite 1900**
**Baltimore, MD 21202-1626**

☐ None [*Check if applicable*]

**March 16, 2015**

Date

**/s/ Dennis J. Shaffer**

**Dennis J. Shaffer 25680**

Signature of Attorney or Litigant

Counsel for   **Gourmet Express, LLC**

**Whiteford, Taylor & Preston, LLP**

**7 Saint Paul Street**
**Suite 1800**
**Baltimore, MD 21202-1626**
**410-347-8700 Fax:410-752-7092**

**Exhibit A**

**RESOLUTIONS OF MANAGERS/BOARD MEMBERS ("THE BOARD") OF
GOURMET EXPRESS ACQUISITION FUND, LLC ("GEAF")
AND
THE BOARD OF GEAF, AS THE MANAGING MEMBER OF GOURMET EXPRESS,
LLC
AND
THE BOARD OF GEAF, AS THE GENERAL MANAGER OF GOURMET EXPRESS
HOLDINGS, LLC**

Pursuant to the Amended and Restated Operating Agreement (the "Operating Agreement") of Gourmet Express Acquisition Fund, LLC, a Maryland limited liability company (the "Company"), dated December 31, 2011, the Board of the Company is authorized to take certain actions, including as set forth in Section 5.1.1 of the Operating Agreement. The Company is the Managing Member of Gourmet Express, LLC, a Texas limited liability company ("Express"). The Company is also the General Manager of Gourmet Express Holdings, LLC, a Maryland limited liability company ("Holdings"). In its capacity as the Managing Member of Express and the General Manager of Holdings, the Company's Board has determined that it is desirable and in the best interest of the Company, Express and Holdings, their respective creditors, and other interested parties, that the Company, Express and Holdings each file a voluntary petition for relief under chapter 11 of Title 11 of the United States Code (the "Bankruptcy Code").

Following discussion, including a detailed review of the financial statements, including a recent balance sheet, and of projections related to Express, the following resolutions were proposed by Mr. Martin Sands and seconded by Dr. Braun and **UNANIMOUSLY PASSED:**

**RESOLVED**, that the filing by each of the Company, Express and Holdings of a voluntary petition for relief under chapter 11 of the Bankruptcy Code in the United States Bankruptcy Court for the District of Maryland (the "Bankruptcy Court") be, and it hereby is, authorized and approved; and it is further

**RESOLVED**, that each of the Company, Express and Holdings hereby are authorized and empowered to cause to have executed and filed as soon as practicable a petition for relief under chapter 11 of the Bankruptcy Code in the United States Bankruptcy Court for the District of Maryland; and it is further

**RESOLVED**, that the Company, in its capacity as the Managing Member of Express and in its capacity as the General Manager of Holdings, approves and directs that each of the Company, Express and Holdings take all necessary and appropriate actions to each file a voluntary petition under the Bankruptcy Code in the Bankruptcy Court; and it is further

**RESOLVED**, that the appropriate officers of the Company and such other officers as they shall from time to time designate (the "Authorized Persons") be, and each of them hereby is, authorized and empowered, in the name of each of the Company, Express and Holdings, to

execute, verify and file all petitions, schedules, lists, documents, pleadings and other papers and to take any and all action that she may deem necessary or proper in connection with the chapter 11 case of each of the Company, Express and Holdings; and it is further

**RESOLVED**, that the Authorized Persons be, and each of them hereby is, authorized and directed to retain the law firm of Whiteford, Taylor & Preston, LLP to render legal services to and to represent the Company, Express and Holdings in connection with such chapter 11 cases and other related matters in connection therewith, upon such terms and conditions as such officers shall approve; and it is further

**RESOLVED**, that the Authorized Persons be, and each of them hereby is, authorized and directed to retain Traxi, LLC to render financial advisory services to the Company, Express and Holdings in connection with such chapter 11 cases and other related matters in connection therewith, upon such terms and conditions as such officers shall approve; and it is further

**RESOLVED**, that the Authorized Persons be, and each of them hereby is, authorized to retain such other professionals as they deem necessary and appropriate to represent, assist or consult with the Company, Express and Holdings in connection with such chapter 11 cases and other related matters in connection therewith, upon such terms and conditions as such officers shall approve; and it is further

**RESOLVED**, that the Authorized Persons be, and each of them hereby is, authorized and directed to take any and all further actions and to execute and deliver any and all further instruments and documents and pay all expenses (subject to Bankruptcy Court approval, where necessary), in each case as in his or her judgment shall be necessary or desirable in order to fully carry out the intent and accomplish the purpose of the resolutions adopted herein; and it is further

**RESOLVED**, that all acts lawfully done or actions lawfully taken by the Authorized Persons, which are necessary to effectuate the intent of the resolutions adopted herein, are hereby in all respects ratified, confirmed, and approved.

*439380*

**CERTIFICATION OF**
**RESOLUTIONS OF MANAGERS/BOARD MEMBERS ("THE BOARD") OF**
**GOURMET EXPRESS ACQUISITION FUND, LLC ("GEAF")**
**AND**
**THE BOARD OF GEAF, AS THE MANAGING MEMBER OF GOURMET EXPRESS,**
**LLC**
**AND**
**THE BOARD OF GEAF, AS THE GENERAL MANAGER OF GOURMET EXPRESS**
**HOLDINGS, LLC**

I, Patrick Rowland, hereby certify the resolutions attached hereto as **Exhibit A** were duly adopted, at a meeting duly called and held on March 10, 2015, which resolutions have not been amended, modified or rescinded and remain in full force and effect.

**IN WITNESS WHEREOF**, I have signed this certificate on March 12, 2015.

/s/ _P B Rowland_

By:  Mr. Patrick Rowland,
Secretary of the Meeting